Will the argument in the final matter on today's oral argument calendar Patterson v. City of New York 18722 Mr. Waring May it please the court I'm Matthew Waring and I represent the appellant Taj Patterson Under any of the legal tests discussed in our briefs the complaint here states a claim that the showroom members who? Assaulted mr. Patterson were acting under color of law The complaint explains that the city of New York has delegated these showroom groups a broad Policing authority in certain areas of Brooklyn and that the city is closely entwined in the operations I mean so one of the arguments made is that they really don't have any more rights than You or I do to in fact the citizens arrest So what are the what's the authority of these groups that you or I don't have? Well, they have they have a number of privileges that ordinary people don't have your honor They they have expensive equipment that's been provided by the city. They are able to use Insignia that look almost exactly like the NYPD's they use the NYPD slogan on their vehicles They are able to access areas of police precincts that ordinary people can't go to And so they so those are the privileges they have that other people write tickets, right? No and they can't You know, I'm trying to think of the other police powers they they they don't do they intervene in domestic disputes Not that the complaint alleges no but that that Goes to one of the important points to remember about this case your honor, which is that? the the district court erred in making this just solely about whether the showroom groups have the same arrest power as The NYPD there are there are cases in which a private actor's arrest power becomes the Paramount consideration and those are the cases that the Appalese site involving people like private security guards people in private premises because in those cases where the only Conceivable basis for saying that the defendant is a state actor is that they made an arrest It becomes very important whether that arrest is is the same arrest power that the state has but here where you have all these other Indicia that the showroom are acting in the place of the police that they're They are getting called by citizens about crimes in progress in lieu of the police They are in some cases. That's a practice. I mean that is there anything to indicate that the police have encouraged that? There is 9-1-1 call the showman group. Well, there is just to cite one example in footnote 4 of the complaint it discusses a Situation in which there was a missing boy and the showroom groups Investigated that for hours before the police became involved and then subsequent to that the the city Responded by giving the showroom more funding purchasing more equipment for them. So there's certainly at least a Tacit approval that's being given so so where you have all these other Indicia that the that the private actors the showroom are Performing this police function that has traditionally been the prerogative of the state that the the the mere fact that they You know don't formally have plenary arrest power. It can't be just can't be dispositive And as I say, that's what distinguishes the cases involving private actors like like security guards and In in addition to that the evidence in the complaint that the showroom are Performing the functions of the police. There's also Evidence of very close entwinement between the police and the showroom They are the there's contact between high-ranking members of the NYPD and and the showroom They have their personal phone numbers. They conduct joint operations They as is discussed in the complaint and and That's and and and these things can be viewed in tandem Which is I think another Mistake that the district court in the Apple East make here there are Different tests that courts have articulated we acknowledge for state action But it's also it's Brentwood Academy the Supreme Court some decision in Brentwood Academy describes Describes it doesn't even describe these as tests it describes them as a host of different facts that bear on the ultimate question whether the state is responsible for the private conduct, so It's it's it's a it's a mistake to say And I agree with that I think Brentwood is helpful in the sense that it recognizes that these are all to some degree very fact dependent But how how are they entwined? The police department plays no role with regard to how these These facilities groups are run and there's there's no shared leadership. There's no command and control kind of Entwinement in that regard. They're distinctly separate. They provide a function I Agree with you in that regard in fact that their community looks to them to report criminal activity more often sometimes Than they do 9-1-1 But that but that's a choice that's made by members of the community doesn't necessarily reflect an entwinement doesn't That particular fact. I don't think goes to entwine me your honor But there so give me give me a checklist of four or five of your best facts because because I think you're right Brett would I think doesn't have a kind of like a Cataclysm of what it is that has to be it says it's kind of fact Dependent so give me your four or five best facts that you show entwine here Well, the first one would be as it's the complaint ledges in paragraph 20 This is the city controls these groups through its ability to fund them That's not a dispositive fact as we acknowledge in the briefs, but it's part of the control they exert They're able to give them money for particular expenditures and particular purposes they solicit them for particular assignments for Crowd control at this function for if The comments probably true at Madison Square Garden to write and private security guards are being used for crowd control at lots of places No, that's why do they state actors then? Without more probably not your honor, but but judge Wesley asked for all of the best facts and I interrupt you go ahead You know another Using the ammo you got right council, it's it's all you can do your honor the the the another another fact would be that the city will sometimes direct the showroom to handle particular matters that pertain to the Orthodox community and the complaint discusses in an Instance of that where a police official told the showroom go into your own community and deal with this situation We don't want to handle it and then there is all the instances of the complaint alleges in which they perform operations together that they have there in direct radio contact with each other and that there will be a High-ranking NYPD officials, you know present in the showroom's command vehicle sometimes in the field That's a paragraph 19 of the complaint and And So those I those I think together those facts like together we submit paint a paint a picture that while there is no formal overlap in sort of the showroom leadership and city personnel as your honor pointed out that there is The city has a degree of influence over what these groups do it has it has a degree of influence over them Through its ability to fund them and it oftentimes is Physically present where they are operating and those perhaps none of those facts by their own by themselves would would suggest that they are that they are entwined but May it please the court Daniel Mazza Brown for the city appellees As this courts aware there's a pending state action against the people actually who are responsible for this attack What's the issue before this court is? the appellant's contention That he's bringing two claims which in the city's view would vastly expand the situations under which a city could be liable for the wrongs of Private-citizens turning to the Fourth Amendment Monell claim, which this court has been discussing just now the critical failing especially under the joint action theory Is the failure to allege state involvement in the wrong that was committed here? But under Sebowski and the cases cited therein by this court That's a clear requirement for the close nexus or joint action test Which as my colleague explained, you know has various names entwinement things like that My colleagues only response in his reply is to point to the very narrow exception in Horvath which says if there is such pervasive entwinement as to create essentially Overlapping entities then you don't need to show, you know direct state involvement in the challenge conduct, but here As everyone is aware there's no such allegation of any such overlap And so what the plaintiff needs to plead and what she cannot plead is state involvement in the challenged attack here Just turning briefly to the allegations of supposed delegation of a traditionally Purely public function as I think your honors have suggested through your questioning, right there To the extent there is any alleged delegation. It is very narrow right, I think some of the the points my colleague talked about were for instance receiving calls from the community members, which is not Delegated in any way by the NYPD right the community can choose to call A neighborhood watch group, right? There's nothing the city can do to prevent that that would be a First Amendment violation I think on its face right you see a scenario where the NYPD or another law enforcement force Could delegate what we would traditionally describe as a police function To a neighborhood for whatever reason lack of resources and so on right, right But that would not be situation where there's still a where there's a there's a precinct there and what's alleged in the complaints is After there are citizens arrests, which as judge Sullivan pointed out any of us could effectuate Immediately, they call the police right and then the police handle the matter that's the the notion that somehow the showroom have replaced the police is Belied by the specific allegations in the complaint. And so there's simply no delegation of a traditional Public function even assuming that police work fell under that rubric which I think is not even There's there's a way to view this either broadly or to View this very narrowly as confined to the facts of the alleged facts of this case And on the alleged facts of this case, that's the argument you're making That's right your honor. But I think I think it goes I think I think it really is a legal failing in the theory here Especially when one looks at for instance, the articles incorporated by reference in the complaint which explain, you know Why the showroom does this and you know goes into the historical Reasons for the the the community wanting to go to the showroom instead of the police, right? This is not something that was thrust Upon the community, but which the community itself has has created in which the police, you know Do their best to try to you know, enforce laws in that community Given the reality of the situation which as the plaintiff himself alleges, you know, the police Commissioner has expressed serious issues with you know, the showroom and them fielding calls and things like that Thank you. Thank you May please court I'm Edward Rodriguez, and I represent a police pinkest braver and Joseph Reed we asked the court today to affirm judge Gariffas is considered judgment below Before discussing the case law that supports this position allow me to make three observations First it is indisputable that the NYPD responded to the scene of the assault in real time And on the basis of calls that they had received from 9-1-1 The police did not defer to the showroom at the scene The dispatcher the 9-1-1 dispatcher did not tell the callers of the NYPD that the showroom was handling the situation The police policed the situation not the showroom in this connection It cannot be argued plausibly That the NYPD outsourced policing or steered clear of the showroom's turf in this instance You say in this connection you mean in this case? I'm sorry in this case in this instance, correct The police were at the scene in real time Second the amended complaint acknowledges that when shamra members arrest suspects They do so professing to act under the statutory authority of the citizens arrest statute that statute allows any person including members of safety patrol organizations to arrest and detain suspects until the police arrives to be clear Shamra members are fully aware of the statutory limitations Simply put they're not the police They're citizens and they know it third appellants reply papers posit an inventive syllogism Hasidic community residents almost always call the sham rim and not the police to report crime Non-hasidic neighborhood watch groups rarely field crime reports in the first instance Therefore by fielding and responding to reports of crime the sham rim are something more than a volunteer neighborhood patrol group They are a private police force specially delegated policing power by the NYPD in this case, however The sham rim didn't feel the call from the Hasidic from a Hasidic resident Observing erratic behavior from her window and calling it in at 4 a.m. In the morning They got a call from Luis Baez the sham rim enthusiast and Baez and Wolf Herskovitz placed that call much like safety patrol members might use walkie-talkies to communicate with one another To report suspicious activity in the neighborhood To be clear. I'm not saying buys it anything wrong. Just that he was simply not a caller He was an active participant with the patrol group that responded to his observations about an unsteady Patterson Posing a risk to himself and vandalizing cars on Flushing Avenue Buyers reported his observations and subsequently he and two others chased Patterson presumably After they had witnessed something that caused them to chase him What ensued? Spontaneously was a citizen's arrest gone horribly wrong. Not a hate crime and not policing  Only conduct that is so fairly attributable to the state is actionable under section 1983 a State action. I think we're familiar with the legal landscape Is there anything else? I'm sorry. I think we're familiar with the legal Analysis and landscape. Is there anything else? No, your honor just one one last point with respect to the public With respect to the public function test, it's clear that what happened in this case was not Something that that is a sovereign function anyone could have Done what bias and these others did or tried to do and what happened was a tragedy But it's not a civil rights violation. Thank you. I Make the first one and Hopefully, I'll make it to the second one. The first point I want to make is just to respond to my friend Mr. Matzah Brown's suggestion that this would vastly expand the scope of a state action liability if Plaintiff were allowed to proceed past the pleading stage. I don't think that's true this is although both the Apple East described this as a situation where You just have a community patrol that has just arisen Organically and it just handles certain matters now and the city doesn't mind the complaint alleges far more than that It it alleges that the city supports this they've known about it for years There's quotes from officials at every level of government indicating that they Support these groups want to work with these groups. They've given them lots of funding and encouragement So this is not a simple case of a citizen's arrest and no more the city's given far more encouragement to the showroom here than Certainly any case that's been cited to this court in any of the briefs involving, you know private citizens making arrests and things like that and Thank you very much. Thank you Well reserved decision court is adjourned